| | |
|---|---|
| **PINNOCK & WAKEFIELD**, A Law Firm | |
| Theodore A. Pinnock, Esq. | Bar #: 153434 |
| David C. Wakefield, Esq. | Bar #: 185204 |
| Michelle L. Wakefield, Esq. | Bar #: 200424 |
| 3033 Fifth Avenue, Suite 410 | |
| San Diego, CA 92103 | |
| Phone: (619) 858-3671 | |
| Fax:   (619) 858-3646 | |

FILED
2007 FEB -1 AM 8:40
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual;

        Plaintiffs,

  v.

TRUE SMILE DENTAL, INC.; CATHERINE LE d.b.a. TRUE SMILE DENTAL, INC.; DELTA PACIFIC REALTY; QUANG & CHAU (LE) LE HIEP d.b.a. DELTA PACIFIC REALTY; QUANG & CHAU (LE) LE HIEP;

And **DOES 1 THROUGH 10**, Inclusive, Defendants.

Case No.: 06cv1641 L LSP

ORDER FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY

[Fed.R.Civ.P. Rule 41(a)(2)]

## ORDER FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY

Based on the parties' joint motion of dismissal, filed January 30, 2007, **IT IS HEREBY ORDERED** that Plaintiff's complaint be **DISMISSED WITH PREJUDICE.**
**IT IS SO ORDERED.**

Dated: 1/31/07

HONORABLE M. JAMES LORENZ
U.S. DISTRICT COURT JUDGE